IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| CORDIS CORPORATION, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 03-027-SLR ) |
| BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC., | ) ) ) ) |
| Defendants. | ) |

## JURY VERDICT

We, the jury, unanimously find as follows:

**INFRINGEMENT**

1. Has Cordis shown by a preponderance of the evidence that the Express, Taxus Express, Express Biliary and Liberte stents literally infringe claim 23 of the '762 patent?

|   |   | YES (A finding for Cordis) | NO (A finding for Boston Scientific) |
| --- | --- | --- | --- |
| A | Express and Taxus Express | ✓ |   |
| B | Express Biliary | X |   |
| C | Liberte | X |   |

2. Has Cordis shown by a preponderance of the evidence that Boston Scientific has induced literal infringement of claim 1 of the '762 patent in connection with the Express, Taxus Express, Express Biliary, and Liberte stents?

|   |   | YES (A finding for Cordis) | NO (A finding for Boston Scientific) |
|---|---|---|---|
| A | Express and Taxus Express | X |   |
| B | Express Biliary | X |   |
| C | Liberte | X |   |

Answer the next question, number 3, only if you answered "no" to questions 1.C and 2.C and did so <u>only</u> because you determined that the Liberte stent does not literally infringe the claim limitation "slots being disposed substantially parallel to the longitudinal axis of the tubular member."

3. Has Cordis shown by a preponderance of the evidence that the Liberte stent infringes the "slots being disposed substantially parallel to the longitudinal axis" limitation of claims 1 and 23 of the '762 patent under the doctrine of equivalents?

| YES (A finding for Cordis) | NO (A finding for Boston Scientific) |
|---|---|
|  |  |

4. Has Cordis shown by a preponderance of the evidence that the Liberte stent literally infringes claim 2 of the '406 patent?

| YES (A finding for Cordis) | NO (A finding for Boston Scientific) |
|---|---|
| X |  |

**VALIDITY**

5. Has Boston Scientific shown by clear and convincing evidence that claim 2 of the '406 patent is anticipated by the prior art?

| YES (A finding for Boston Scientific) | NO (A finding for Cordis) |
|---|---|
|  | X |

6. Has Boston Scientific shown by clear and convincing evidence that the prior art would have rendered the subject matter of claim 2 of the '406 patent obvious to a person of ordinary skill in the art as of January 26, 1996?

| YES (A finding for Boston Scientific) | NO (A finding for Cordis) |
|---|---|
|  | X |

4

Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated  6 JUNE 21 , 2005

_Robin E. Osman_
FOREPERSON

_Margaret C. Speicher_

_Camille E. Lis_

_Caroly Thomas_

_Dolores Stevenson_

_Fred McHugh_

_[signature]_

_[signature]_