IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CORDIS CORPORATION, <br><br> Defendant. | C.A. No. 03-27-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CORDIS CORPORATION and JOHNSON AND JOHNSON, INC., <br><br> Defendants. | C.A. No. 03-283-SLR |

### JURY VERDICT

We, the jury, unanimously find as follows:

I.  THE '536 PATENT

1.  Has Boston Scientific shown by a preponderance of the evidence that the Cypher stent infringes claim 8 of the '536 patent?

| YES (A finding for Boston Scientific) | NO (A finding for Cordis) |
|---|---|
| ✓ | |

2.  Has Cordis shown by clear and convincing evidence that claim 8 of the '536 patent is invalid because the prior art would have rendered the subject matter of that claim obvious to a person of ordinary skill in the art as of September 11, 1995?

| YES (A finding for Cordis) | NO (A finding for Boston Scientific) |
|---|---|
| | ✓ |

## II. THE '021 PATENT

3. Has Boston Scientific shown by a preponderance of the evidence that the Cypher, Bx Velocity, Bx Sonic and Genesis stents literally infringe claim 36 of the '021 patent?

| YES (A finding for Boston Scientific) | NO (A finding for Cordis) |
|---|---|
|  | ✓ |

Answer the next question, number 4, only if you answered "no" to question 3 and did so <u>only</u> because you determined that the Cypher, Bx Velocity, Bx Sonic and Genesis stents do not literally infringe the "corners" limitation of the '021 patent.

4. Has Boston Scientific shown by a preponderance of the evidence that the Cypher, Bx Velocity, Bx Sonic and Genesis stents infringe the "corners" limitation of claim 36 of the '021 patent under the doctrine of equivalents?

| YES (A finding for Boston Scientific) | NO (A finding for Cordis) |
|---|---|
| ✓ |  |

3

5. Has Cordis shown by clear and convincing evidence that claim 36 of the '021 patent is invalid because the prior art would have rendered the subject matter of that claim obvious to a person of ordinary skill in the art as of the date of invention?

| YES (A finding for Cordis) | NO (A finding for Boston Scientific) |
|---|---|
|  | ✓ |

Each juror should sign the verdict form to reflect that a unanimous verdict has been reached.

Dated _July 1_____, 2005

                                              _/s/ Loleta Waters_____
                                              FOREPERSON

_/s/ James B. Mowell_____

_/s/ Maria Matz_____

_/s/ Frederick J. Blone_____

_/s/ [illegible signature]_____

_/s/ Dave Matthew_____

_/s/ Nicholas [illegible]_____

_____

_____