IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 03-027-SLR |
| | ) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION and SCIMED LIFE | ) |
| SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

At Wilmington this 27th day of March, 2007, having reviewed plaintiff's motion for reconsideration, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 418) is denied, for the reasons that follow.

1. **Standard of review.** The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following:  (1) a change in the controlling law; (2) availability of new evidence not available when summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice. See id.

2. **Analysis.** This is one of many of the court's patent cases related to stents. The subject matter of plaintiff's motion for reconsideration has been presented to the

court twice before, during and after trial. Plaintiff has made the same argument, now, three times. Although plaintiff's argument has some merit, given the course of this lengthy and complex litigation, the court declines to overturn the jury's verdict of infringement under the doctrine of equivalents.

                                                                 /s/ Sue L. Robinson
                                                               United States District Judge