IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 03-027-SLR ) |
| BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdicts of June 21, 2005 and July 1, 2005, and in the court's memorandum opinion and order of May 11, 2006, memorandum order of March 27, 2007, and memorandum order of September 24, 2007;

IT IS ORDERED AND ADJUDGED that:

1. Judgment be and is hereby entered in favor of Cordis Corporation and against Boston Scientific Corporation and Scimed Life Systems, Inc. as follows:

(a) BSC's Express, Taxus Express, and Express Biliary stents (collectively, "the Express stents"), as well as the Liberte stents, literally infringe claim 23 of U. S. Patent No. 4,739,762 ("the '762 patent");

(b) BSC has induced literal infringement of claim 1 of the '762 patent with respect to those stents;

(c) the Liberte stent literally infringes claim 2 of U.S. Patent No. 5,895,406 ("the '406 patent");

(d) claim 2 of the '406 patent is neither anticipated nor rendered obvious by the prior art;

(e) Cordis' Cypher, BX Velocity, BX Sonic and Genesis stents do not literally infringe claim 36 of the '021 patent.

2. Judgment be and is hereby entered in favor of Boston Scientific Corporation and Scimed Life Systems, Inc. and against Cordis Corporation as follows:

(a) the Cypher, BX Velocity, BX Sonic and Genesis stents infringe the "corners" limitation of claim 36 of the '021 patent under the doctrine of equivalents;

(b) claim 36 of the '021 patent is not invalid for obviousness.

_____
United States District Judge

Dated: September 24, 2007

_____
(By) Deputy Clerk