IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC SCIMED, INC.,<br>    Defendants. | C.A. No. 08-779-SLR |
| CORDIS CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION<br>and SCIMED LIFE SYSTEMS, INC.,<br>    Defendants. | C.A. No. 03-027-SLR |

**CONSENT JUDGMENT**

Whereas the parties in the two above-captioned actions have entered into a Settlement Agreement and Non-Exclusive Patent Cross-License dated January 29, 2010 (hereinafter, "the Agreement") that settles all remaining claims between the parties in the above-captioned cases;

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in the amount of one billion seven hundred twenty five million dollars ($1,725,000,000.00) payable by Boston Scientific to Cordis pursuant to the terms of the Agreement.

Dated: February 1, 2010

_____
United States District Court Judge

{00377073;v1}